JS6

1  DALE B. GOLDFARB, State Bar No. 65955
   Email: dgoldfarb@hfdclaw.com
2  MICHAEL C. DENLINGER, State Bar No. 130446
   Email: mdenlinger@hfdclaw.com
3  HARRINGTON, FOXX, DUBROW & CANTER, LLP
   1055 West Seventh Street, 29th Floor
4  Los Angeles, California 90017-2547
   Telephone (213) 489-3222
5  Facsimile (213) 623-7929

6  Attorneys for Defendant
   WATKINS & SHEPARD TRUCKING, INC.
7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE CENTRAL DISTRICT OF CALIFORNIA
9

10

11  RICHARD WASHBURN                    Case No. CV10-4279 R (JCGx)

12          Plaintiff                   [PROPOSED] ORDER GRANTING
                                        DEFENDANT'S MOTION TO DISMISS
13      vs.                             PURSUANT TO FRCP, RULE 12b-6 AND
                                        DISMISSAL OF ACTION
14  WATKINS & SHEPARD TRUCKING,
    INC., a Montana Corporation and
15  DOES 1 to 25,

16          Defendants.

17

18

19      The hearing of defendant WATKINS & SHEPARD TRUCKING, INC.'s

20  (hereinafter "WATKINS") Motion to Dismiss pursuant to *FRCP*, Rule 12b-6 came on for

21  consideration by the Court on July 26, 2010.  Attorney Randall Paulson appeared on

22  behalf of plaintiff RICHARD WASHBURN (hereinafter "WASHBURN") and Michael

23  C. Denlinger appeared on behalf of defendant WATKINS.

24      After considering the moving papers, the Opposition papers, and the Reply

25  papers and giving counsel the opportunity to engage in oral argument, and good cause

26  having been shown, the Court finds that plaintiff's Complaint fails to state a claim for

27  relief as a matter of law.  Pursuant to *Tate v. Farmland Industries, Inc.*, 268 F.3d 989

28  (10th Cir. 2001) an employer is entitled to reply upon advisory opinions issued by the

Department of Transportation in determining whether an employee is medically qualified for a particular position. The Court finds that allegations of other facts consistent with the challenged pleading could not possibly cure the deficiency.

IT IS HEREBY ORDERED that defendant WATKINS AND SHEPARD TRUCKING, INC.'s Motion to Dismiss pursuant to FRCP, Rule 12b-6 is granted without leave to amend.

IT IS FURTHER ORDERED that this Action is dismissed in its entirety with prejudice. Defendant WATKINS is entitled to recover its costs.

Dated: **July 28**, 2010

UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this Court at whose direction service was made. My business address is Harrington, Foxx, Dubrow & Canter, LLP, 1055 West Seventh Street, 29th Floor, Los Angeles, California 90017.

On July 27, 2010, I electronically filed **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP, RULE 12b-6 AND DISMISSAL OF ACTION** with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet as listed below:

| | |
|---|---|
| Randall J. Paulson, (SBN 206933)<br>LAW OFFICES OF<br>RANDALL J. PAULSON<br>1651 East 4th Street, Suite 215<br>Santa Ana, CA 92701<br>T: (714) 541-1023<br>F: (714) 541-1166<br>E:  rpaulson@paulsonslaw.com | Attorney for Plaintiff<br>Richard Washburn |

[X]   (Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 27, 2010, at Los Angeles, California.

*/s/ Jane Tanji*
Jane Tanji
E-mail: jtanji@hfdclaw.com